224

Martin SCHEMPF, Individually, and as Agent, etc., Appellant, v. ARMOUR & COMPANY, a Corporation.

No. 13762.

United States Court of Appeals
Eighth Circuit.

Jan. 4, 1949.

Burke & Colburn, of Minneapolis, Minn., for appellant.

Cleon Headley, Harvey Hoshaur, and David W. Raudenbush, all of St. Paul, Minn., and Frederick R. Baird and John A. Evans, both of Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court, 76 F.Supp. 575, dismissed, on motion of appellee.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. FIRST STATE BANK OF MATADOR, Respondent.

No. 12351.

United States Court of Appeals
Fifth Circuit.

Feb. 14, 1949.

Theron L. Caudle, Asst. Atty. Gen., Geo. A. Stinson, Melva M. Graney and Ellis N. Slack, Sp. Assts. to Atty. Gen., Charles Oliphant, Chief Counsel, and B. D. Daniels, Sp. Atty. Bureau of Internal Revenue, all of Washington, D. C., for petitioner.

Dorothy Ann Kinney and Walter G. Russell, both of Amarillo, Tex., for respondent.

Before HUTCHESON, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

On the authority of Commissioner of Internal Revenue v. First State Bank of Stratford, 5 Cir., 168 F.2d 1004, the judgment is reversed.

INTERSTATE COMMERCE COMMISSION, Appellant, v. Chester Morton LOVE, Appellee.

No. 12450.

United States Court of Appeals
Fifth Circuit.

Feb. 11, 1949.

Gregory U. Harmon, Chief Enforcement Atty., ICC, of Washington, D. C., Isaac K. Hay, Atty., ICC, of Atlanta, Ga., Louis I. Dailey, Sr. Atty., ICC, of Little Rock, Ark., N. E. Simoneaux, Asst. U. S. Atty., of New Orleans, La., and Raymond E. Steele, Gen. Counsel, National Fisheries, and Neil Brooks, Acting Associate Sol., U. S. Dept. of Agriculture, both of Washington, D. C., for appellant.

Robert A. Ainsworth, Jr., of New Orleans, La., for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed for the reasons stated by the District Court in its very able and complete opinion in this case, which is reported in Interstate Commerce Commission v. Love, 77 F.Supp. 63.

Affirmed.